# Court of Appeals
# of the State of Georgia

ATLANTA, _November 09, 2021_

*The Court of Appeals hereby passes the following order:*

**A22E0015. COLIN DUBE v. LESLIE WASHINGTON.**

On August 16, 2021, Colin Dube filed a notice of appeal of several orders issued by the trial court, pertaining to this child custody matter, in Case Number 2017CV293704 in the Superior Court of Fulton County, and on August 27, 2021, he amended the notice of appeal to include a subsequent contempt order. He now has filed an emergency motion, requesting this Court to issue an order staying a hearing in the trial court scheduled for November 10, 2021, pending resolution of his notice of appeal.

By filing a notice of appeal from the above-referenced orders, Dube triggered an automatic supersedeas of those orders. *See* OCGA § 5-6-46 (a); *Rollins v. Rollins*, 300 Ga. 485, 486-87 (1) (796 SE2d 721) (2017) (noting that a notice of appeal ordinarily acts as a supersedeas even if the appeal is ultimately determined to be jurisdictionally defective). Accordingly, upon consideration of this motion, it is hereby GRANTED, and the November 10, 2021 hearing is stayed pending resolution of Dube's notice of appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _11/09/2021_

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk. *Stephen E. Castlen*